STATE OF CONNECTICUT *v*. SYLVIO J. GRASSO

The state's petition for certification for appeal from the Appellate Session of the Superior Court is granted.

*John J. Dropick,* assistant prosecutor, in support of the petition.

Submitted February 3—decided February 10, 1976

HUDSON GLEN CORPORATION ET AL. *v*. PLANNING AND ZONING COMMISSION OF THE TOWN OF BETHEL

The plaintiffs' motion for an extension of time to file their "Motion to Dismiss" dated January 2, 1976, and filed January 5, 1976, in the appeal from the Court of Common Pleas in Fairfield County at Stamford is denied.

*Robert A. Fuller,* in support of the motion.

Submitted February 11—decided February 24, 1976

STATE OF CONNECTICUT *v*. ANTONIO CRUZ

The defendant's "Motion for Extension of Time" within which to file an appeal is denied.

The defendant's "Motion for Permission to File Motion for Extension of Time Late" is denied.

*Nicholas P. Cardwell,* in support of the motions.

Submitted February 13—decided February 24, 1976

STATE EX REL. HENRY R. GASKI *v*. ANTHONY D. BASILE

The application by the city of Bristol for permission to file a brief as amicus curiae in the appeal from the Superior Court in Hartford County is granted.

*Kenneth J. Laska,* city attorney, in support of the motion.

Submitted February 13—decided February 24, 1976